UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN (DETROIT)

In Re:

Windy Meadows                           Case No. 22-48415-mlo
                                             Chapter 13 Case
                                             Hon. Maria L. Oxholm

                Debtor.
_____

### DEBTOR'S OBJECTION TO CLAIM #1 OF ALISA BEAVERS

1. The Debtor filed for Chapter 13 relief on October 26, 2022. This matter is currently scheduled for confirmation on May 15, 2023.

2. On or about November 9, 2022, Alisa Beavers filed Claim #1 in the amount of $218,750.00.

3. The filed claim is just a state court default judgment in the amount of $218,750.00.

4. The claim does not substantially conform to the appropriate Official Form, contrary to Fed. R. Bankr. P. 3001(a).

5. The Claim does not contain a notice or payment address listed and the type of claim is not specified, which thwarts claim administration.

6. Additionally, the claim is not properly signed and dated, contrary to Fed. R. Bankr. P 9011(a) and 5006(a)(2)(C).

7. As such, the Trustee is unable to administer the claim.

WHEREFORE, the Debtor requests the Claim #1 be disallowed in its entirety.

Dated: January 16, 2023                          /s/ Michael T. Brown
                                                                   MICHAEL T. BROWN (P71385)
                                                                   Acclaim Legal Services, P.L.L.C.
                                                                   8900 E. Thirteen Mile Road
                                                                   Warren, MI 48093
                                                                   248-443-7033
                                                                   filing@acclaimlegalservices.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN (DETROIT)

In Re:

Windy Meadows    Case No. 22-48415-mlo
Chapter 13 Case
Hon. Maria L. Oxholm

        Debtor.
_____

### ORDER GRANTING DEBTOR'S OBJECTION TO CLAIM #1 OF ALISA BEAVERS

The Debtor's Objection to the allowance of the Proof of Claim #1 by Alisa Beavers and service having been with a notice of hearing allowing a thirty (30) day notice pursuant to Bankruptcy Rule 3007, that more than seven (7) days before the hearing date on Trustee's objection have elapsed and no written response to the Trustee's Objection have been timely filed and served; that pursuant to E.D. Mich. L.B.R. 3007-1(c) this Court may deem that the creditor consents to the relief requested in the objection;

IT IS HEREBY ORDERED THAT: The objection to the Proof of Claim filed by the Debtor is hereby granted. To the extent that the Chapter 13 Standing Trustee has previously made disbursements to such creditor, the Trustee shall not be obligated to recoup same.

IT IS FURTHER ORDERED that the claim of Alisa Beavers, PACER CLAIM #1 filed on or about November 9, 2022 shall be disallowed.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN (DETROIT)

In Re:

Windy Meadows            Case No. 22-48415-mlo
                                     Chapter 13 Case
                                     Hon. Maria L. Oxholm

         Debtor.
_____

## NOTICE OF OBJECTION TO ALISA BEAVERS, PACER CLAIM #1

The Debtor has filed an objection to your claim in this bankruptcy case.

<u>Your claim may be reduced, modified, or disallowed</u>. You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to deny or change your claim, then on or before **March 6, 2023** YOU OR YOUR LAWYER MUST:

1. File with the court a written response to the objection, explaining your position, at: U.S. Bankruptcy Court, 211 W. Fort Street Detroit, MI 48226

If you mail your response to the Court for filing, you must mail it early enough so that the court will receive it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to:
ACCLAIM LEGAL SERVICES, PLLC, 8900 E 13 MILE RD, WARREN, MI 48093
DAVID WM. RUSKIN, 26555 Evergreen, Ste. 1100, Southfield, MI 48076

2. Attend the hearing on the objection, scheduled to be held on **Monday, March 13, 2023 at 1:30 PM in Judge Oxholm's Courtroom 1875, 211 W. Fort St., Detroit, Michigan 48226**, unless your attendance is excused by mutual agreement between yourself and the objector's attorney. (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor other evidence will be received. A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

<u>If you or your attorney do not take these steps, the Court may deem that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.</u>

Dated: January 16, 2023                                     /s/ Michael T. Brown
                                                            MICHAEL T. BROWN (P71385)
                                                            Acclaim Legal Services, P.L.L.C.
                                                            8900 E. Thirteen Mile Road
                                                            Warren, MI 48093
                                                            248-443-7033
                                                            filing@acclaimlegalservices.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN (DETROIT)

In Re:

Windy Meadows             Case No. 22-48415-mlo
                                                Chapter 13 Case
                                                Hon. Maria L. Oxholm

            Debtor.
_____

## CERTIFICATE OF MAILING

Deanna Runde hereby certifies that on the date indicated below, copies of DEBTOR'S OBJECTION TO PROOF OF CLAIM OF ALISA BEAVERS, PACER Claim #1 and NOTICE OF OBJECTION TO CLAIM, and proposed order were served via Electronic Court Filing and/or mailed to the parties at the stated addresses below.

    Alisa Beavers
    c/o Anthony Kahn, Esq.
    33110 Grand River Ave.
    Farmington, MI 48336

    Alisa Beavers
    c/o Jordan Vahdat, Esq.
    17197 N. Laurel Parke, Ste. 500
    Livonia, MI 48152

Dated: January 16, 2023                                /s/ Deanna Runde
                                                                            Deanna Runde
                                                                          Acclaim Legal Services, P.L.L.C.
                                                                          8900 E. Thirteen Mile Road
                                                                          Warren, MI 48093
                                                                          248-443-7033
                                                                          filing@acclaimlegalservices.com