UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN (DETROIT)

In Re:

Windy Meadows            Case No. 22-48415-mlo
                                             Chapter 13 Case
                                             Hon. Maria L. Oxholm

             Debtor.
_____

## DEBTOR'S OBJECTION TO CLAIM #2 OF DARRYL BEAVERS

1. The Debtor filed for Chapter 13 relief on October 26, 2022. This matter is currently scheduled for confirmation on May 15, 2023.

2. On or about November 9, 2022, Darryl Beavers filed Claim #2 in the amount of $281,250.00.

3. The filed claim is just a state court default judgment in the amount of $281,250.00.

4. The claim does not substantially conform to the appropriate Official Form, contrary to Fed. R. Bankr. P. 3001(a).

5. The Claim does not contain a notice or payment address listed and the type of claim is not specified, which thwarts claim administration.

6. Additionally, the claim is not properly signed and dated, contrary to Fed. R. Bankr. P 9011(a) and 5006(a)(2)(C).

7. As such, the Trustee is unable to administer the claim.

WHEREFORE, the Debtor requests the Claim #2 be disallowed in its entirety.

Dated: January 16, 2023                            /s/ Michael T. Brown (P71385)
                                                                    MICHAEL T. BROWN (P71385)
                                                                    Acclaim Legal Services, P.L.L.C.
                                                                    8900 E. Thirteen Mile Road
                                                                    Warren, MI 48093
                                                                    248-443-7033
                                                                    filing@acclaimlegalservices.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN (DETROIT)

In Re:

Windy Meadows                    Case No. 22-48415-mlo
                                            Chapter 13 Case
                                            Hon. Maria L. Oxholm

         Debtor.
_____

## ORDER GRANTING DEBTOR'S OBJECTION TO CLAIM #2 OF DARRYL BEAVERS

       The Debtor's Objection to the allowance of the Proof of Claim #2 by Darryl Beavers and service having been with a notice of hearing allowing a thirty (30) day notice pursuant to Bankruptcy Rule 3007, that more than seven (7) days before the hearing date on Trustee's objection have elapsed and no written response to the Trustee's Objection have been timely filed and served; that pursuant to E.D. Mich. L.B.R. 3007-1(c) this Court may deem that the creditor consents to the relief requested in the objection;

       IT IS HEREBY ORDERED THAT: The objection to the Proof of Claim filed by the Debtor is hereby granted. To the extent that the Chapter 13 Standing Trustee has previously made disbursements to such creditor, the Trustee shall not be obligated to recoup same.

       IT IS FURTHER ORDERED that the claim of Darryl Beavers, PACER CLAIM #2 filed on or about November 9, 2022 shall be disallowed.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN (DETROIT)

In Re:

Windy Meadows                              Case No. 22-48415-mlo
                                           Chapter 13 Case
                                           Hon. Maria L. Oxholm

        Debtor.
_____

## NOTICE OF OBJECTION TO DARRYL BEAVERS, PACER CLAIM #2

The Debtor has filed an objection to your claim in this bankruptcy case.

<u>Your claim may be reduced, modified, or disallowed</u>. You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to deny or change your claim, then on or before **MARCH 6, 2023,** YOU OR YOUR LAWYER MUST:

1. File with the court a written response to the objection, explaining your position, at: U.S. Bankruptcy Court, 211 W. Fort Street Detroit, MI 48226

If you mail your response to the Court for filing, you must mail it early enough so that the court will receive it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to:
ACCLAIM LEGAL SERVICES, PLLC, 8900 E 13 MILE RD, WARREN, MI 48093
DAVID WM. RUSKIN, 26555 Evergreen, Ste. 1100, Southfield, MI 48076

2. Attend the hearing on the objection, scheduled to be held on **Monday, March 13, 2023 at 1:30 PM in Judge Oxholm's Courtroom 1875, 211 W. Fort St., Detroit, Michigan 48226**, unless your attendance is excused by mutual agreement between yourself and the objector's attorney. (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor other evidence will be received. A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

<u>If you or your attorney do not take these steps, the Court may deem that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.</u>

Dated: January 16, 2023

/s/ Michael T. Brown (P71385)
MICHAEL T. BROWN (P71385)
Acclaim Legal Services, P.L.L.C.
8900 E. Thirteen Mile Road
Warren, MI 48093
248-443-7033
filing@acclaimlegalservices.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN (DETROIT)

In Re:

Windy Meadows            Case No. 22-48415-mlo
                                 Chapter 13 Case
                                 Hon. Maria L. Oxholm

         Debtor.
_____

## CERTIFICATE OF MAILING

       I hereby certify that on the date indicated below, copies of DEBTOR'S OBJECTION TO PROOF OF CLAIM OF DARRYL BEAVERS, PACER Claim #2 and NOTICE OF OBJECTION TO CLAIM, and proposed order were served via Electronic Court Filing and/or mailed to the parties at the stated addresses below.

      Darryl Beavers
      c/o Anthony Kahn, Esq.
      33110 Grand River Ave.
      Farmington, MI 48336

      Darryl Beavers
      c/o Jordan Vahdat, Esq.
      17197 N. Laurel Parke, Ste. 500
      Livonia, MI 48152

Dated: January 16, 2023                             /s/ Deanna Runde
                                                                    Deanna Runde
                                                                      Acclaim Legal Services, P.L.L.C.
                                                                      8900 E. Thirteen Mile Road
                                                                      Warren, MI 48093
                                                                      248-443-7033
                                                                      filing@acclaimlegalservices.com