| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor 1 | Windy Meadows |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of MI (State) |
| Case number | 22-48415-mlo |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Morgan Waterfront Condominium Association

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: ___ ___ ___ ___

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: ___/___/____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ _____ |
| 3. Attorney fees | October - November 2022 | (3) $ 547.50 |
| 4. Filing fees and court costs | | (4) $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) $ _____ |
| 7. Property inspection fees | | (7) $ _____ |
| 8. Tax advances (non-escrow) | | (8) $ _____ |
| 9. Insurance advances (non-escrow) | | (9) $ _____ |
| 10. Property preservation expenses. Specify: _____ | | (10) $ _____ |
| 11. Other. Specify: _____ | | (11) $ _____ |
| 12. Other. Specify: _____ | | (12) $ _____ |
| 13. Other. Specify: _____ | | (13) $ _____ |
| 14. Other. Specify: _____ | | (14) $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 _____     Case number (if known) _____
         First Name   Middle Name   Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

| | | |
|---|---|---|
| ✗ | /s/ John L. Finkelmann | Date ___/___/_____ |
| | Signature | |

Print: John L. Finkelmann                    Title: Attorney
       First Name   Middle Name   Last Name

Company: Makower Abbate Guerra Wegner Vollmer PLLC

Address: 23201 Jefferson Ave.
         Number          Street
         St. Clair Shores, MI 48080
         City                State    ZIP Code

Contact phone: (586) 773 – 1800              Email: jfinkelmann@maglawpllc.com



Morgan Waterfront Condominium v Windy Meadows
Client ID 12096
Matter ID 106
1/25/23

Time Entries

| Date | Timekeeper | Description | Billable Hours | Amount |
|---|---|---|---|---|
| 10/27/2022 | John Finkelmann | Review email from bankruptcy attorney's office for Meadows regarding filing; draft email response regarding same; review emails regarding outstanding actions involving Meadows; draft email response | 0.20 | $57.00 |
| 11/16/2022 | John Finkelmann | Review Bankruptcy Documents; Preparation of Proof of Claim and entry with the Court | 1.70 | $484.50 |
| | | | **1.90** | **$541.50** |

Flat Fee Services

| Date | Flat Fee Service Type | Amount |
|---|---|---|
| 10/28/2022 | PACER Fee | $6.00 |
| | | **$6.00** |

| | |
|---|---|
| **Matter Total** | **$547.50** |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN (DETROIT)

In Re:

Windy Meadows          Case No. 22-48415-mlo
         Chapter 13 Case
         Hon. Maria L. Oxholm

         Debtor.
_____

ACCLAIM LEGAL SERVICES
MICHAEL T. BROWN          P71385
Debtor(s) Attorney
8900 E. 13 Mile Rd.
Warren, MI 48093
248-443-7033
_____/

MAKOWER ABBATE GUERRA WEGNER VOLLMER PLLC
JOHN L. FINKELMANN          P66054
Attorney for Morgan Waterfront Condominium Association
23201 Jefferson
St. Clair Shores, Michigan 48080
(248) 254-7600
_____/

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 25, 2023, I electronically filed **Morgan Waterfront Condominium Association's Notice of Postpetition Mortgage Fees, Expenses and Charges** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Michael T. Brown<br>Attorney for Debtor(s)<br>filing@acclaimlegalservices.com | David W. Ruskin, Trustee<br>ecf-emails@det13.com |

                                       /s/ John L. Finkelmann
                                       John L. Finkelmann (P66054)
                                       Attorney for Morgan Waterfront Condominium Association
                                       23201 Jefferson
                                       St. Clair Shores, MI 48080
                                       (586) 773-1800

Dated: January 25, 2023