UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: **WINDY MEADOWS**

Case Number: 22-48415-MLO
Chapter 13
Judge OXHOLM

Debtor.

_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Rd.
Warren, MI 48093
(248) 443-7033
_____/

## NOTICE OF WITHDRAWAL

Please take notice that the Debtor's Objection to Proof of Claim of Alisa Beavers (Pacer Claim #1) filed on January 16, 2023, docket #28, is hereby WITHDRAWN.


Dated: March 7, 2023             /s/ Michael T. Brown
                                 Michael T. Brown (P71385)
                                 Acclaim Legal Services, PLLC
                                 8900 E. 13 Mile Road
                                 Warren, MI 48093
                                 (248) 443-7033
                                 filing@acclaimlegalservices.com