# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE: **WINDY MEADOWS**

Case Number: 22-48415-MLO
Chapter 13
Judge OXHOLM

Debtor.
_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Rd.
Warren, MI 48093
(248) 443-7033
_____/

## NOTICE OF WITHDRAWAL

Please take notice that the Debtor's Objection to Proof of Claim of Darryl Beavers (Pacer Claim #2) filed on January 16, 2023, docket #29, is hereby WITHDRAWN.

Dated: March 7, 2023

/s/ Michael T. Brown
Michael T. Brown (P71385)
Acclaim Legal Services, PLLC
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033
filing@acclaimlegalservices.com